FOURTH DEPARTMENT, NOVEMBER, 1988

(November 15, 1988)

■ CITY OF ROCHESTER URBAN RENEWAL AGENCY, Respondent-Appellant, v ROCHESTER STORAGE WAREHOUSE, Appellant-Respondent. CITY OF ROCHESTER URBAN RENEWAL AGENCY, Respondent-Appellant, v ROCHESTER CARTING COMPANY, Appellant-Respondent.—Order and judgment unanimously affirmed without costs. Memorandum: On the record before us, we cannot conclude that the trial court erred as a matter of law by utilizing the replacement cost method for valuing the subject building *(Matter of Rochester Urban Renewal Agency [Patchen Post],* 45 NY2d 1, 9; *Matter of Great Atl. & Pac. Tea Co. v Kiernan,* 42 NY2d 236, 240; *Matter of City of Rochester [Ryan & McIntee],* 56 AD2d 715, 716, *lv denied* 41 NY2d 806; *cf., Matter of City of Rochester v S. C. Toth, Inc.,* 59 AD2d 1020, *affd* 45 NY2d 984). Because this is the only issue raised by the parties on this appeal on a stipulated statement in lieu of a record on appeal, we affirm the judgment. (Appeal from order and judgment of Supreme Court, Monroe County, Bonadio, J.—condemnation). Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.

■ CENTENNIAL INSURANCE COMPANY, Respondent, v NEW YORK CASUALTY INSURANCE COMPANY, Appellant.—Judgment unanimously modified on the law and as modified affirmed without costs, in accordance with the following memorandum: Special Term was correct in declaring that defendant's policy of liability insurance was in effect at the time of the loss. The court, however, failed to pass upon the applicability of the plaintiff's liability policy, which issue was also before it for determination. The record establishes that plaintiff's policy of insurance was in effect and also provided liability coverage at the time of the loss. The judgment of Special Term must, therefore, be modified accordingly. We make no other findings with respect to the obligations of the parties under their respective policies. (Appeal from judgment of Supreme Court, Onondaga County, Murphy, J.—declaratory judgment.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.